IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| MARTY BURCKHARD,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC., d/b/a WALMART, and JOHN DOES I-XXX,<br><br>Defendants. | CV 19–79–H–DWM<br><br><br>ORDER |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 16th day of June, 2021.

_____
Donald W. Molloy, District Judge
United States District Court